UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DENNIS S. HERULA, MARY LEE CAPALBO (AKA MARY LEE CAPALBO HERULA), MARTIN D. FIFE, FAROUK A. KHAN, SEAVIEW DEVELOPMENT AND HOLDINGS, LTD., MICHAEL A. CLARKE, ROBERT M. WACHTEL, JOHAN C. HERTZOG, and, CHARLES W. SULLIVAN,

Defendants,

-and-

DAVID L. ULLOM,

Relief Defendant.

Case No. CA 02-154 ML

**~~[PROPOSED]~~ ORDER MODIFYING ASSET FREEZE TO PROVIDE FOR PAYMENTS TOWARDS DISGORGEMENT OBLIGATION OF DEFENDANT SEAVIEW DEVELOPMENT AND HOLDINGS LTD.**

Upon the motion by plaintiff Securities and Exchange Commission (the "SEC") for modification as to Defendant Seaview Development and Holdings, Ltd. ("Seaview") of the Preliminary Injunction Order and Order Freezing Assets and Other Equitable Relief, as amended, in order to provide for the transfer of funds in partial satisfaction of Seaview's disgorgement obligation in this matter, the Court hereby finds that, for the reasons set forth in the SEC's motion, good cause exists for such a modification. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that immediately upon (and no later than ten days after) service, including service by facsimile transmission or overnight delivery, of this Order and the Final Judgment as to Seaview dated April 12, 2005 ("Final Judgment") upon any bank, brokerage firm or other financial institution with an account held by or in the name of Seaview, such bank, brokerage firm or other financial institution shall transfer all funds held in any Seaview account under its control to the Registry of this Court, by check made payable to "Clerk, United States District Court." The payment shall be made under cover of a letter that identifies the payment as being made from Seaview funds in connection with this Order and the Final Judgment as to "Defendant Seaview Development & Holdings, Ltd., in the matter of SEC v. Herula, *et al.*, Civil Action No. 02-154 ML (D.R.I.)", with a copy to Luke Cadigan, Senior Trial Counsel, Securities and Exchange Commission, Boston District Office, 73 Tremont Street, Boston, Massachusetts, 02108.

Mary M. Lisi
Mary M. Lisi
United States District Judge

Dated: June 7, 2005