UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| | |
| Plaintiff, | |
| | C.A. No. 02-154 ML |
| v. | |
| | |
| DENNIS S. HERULA, ET AL., | |
| | |
| Defendants. | |
| | |

**FINAL JUDGMENT AS TO ESTATE OF MARTIN D. FIFE**

The Securities and Exchange Commission having filed a Complaint against Defendant Martin D. Fife, and the Estate of Martin D. Fife having been substituted for Martin D. Fife as the Defendant in this action, and the Defendant having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $778,193, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $153,200, for a total of $931,393. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest through any collection procedures authorized by law at any time after ten days following entry of

this Final Judgment. Payments under this paragraph shall be made to the Clerk of this Court, together with a cover letter identifying the Estate of Martin D. Fife as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of each such payment and letter to the Commission's counsel in this action. Defendant relinquishes all legal and equitable right, title, and interest in such payments, and no part of the funds shall be returned to Defendant. The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS"). These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held by the CRIS until further order of the Court. In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent of the income earned on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States. The Commission may propose a plan to distribute the Fund subject to the Court's approval. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 12/30, 05

Mary M. Lisi
UNITED STATES DISTRICT JUDGE