**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. CA 02-154 ML** |
| **DENNIS S. HERULA, *et al.*,** | ) | |
| **Defendants,** | ) | |

**THE SEC'S MOTION TO TRANSFER FUNDS TO INTEREST BEARING ACCOUNT**

Pursuant to Local Rule 67, the Securities and Exchange Commission (the "Commission") hereby requests that the Court issue the accompanying order transferring the funds currently held by the Court Registry in this matter into an interest bearing account. In support of this motion, the Commission states:

1. By order dated December 6, 2004, the Court entered Final Judgment by Consent as to Relief Defendant David Ullom ("Ullom"). Pursuant to the Final Judgment, on December 4, 2004, Ullom paid a total of $10,000 of disgorgement to the Clerk of this Court.

2. In addition, by order dated April 12, 2005, the Court entered Final Judgment by Default as to Defendant Seaview Development and Holdings, Ltd. ("Seaview").[1] On June 7, 2005, the Court granted the Commission's motion to modify the asset freeze in this matter and to order institutions holding Seaview assets to send those funds to the Court Registry. Pursuant to

---

[1] The Court also entered Final Judgments by default against Dennis Herula on October 17, 2002 and Mary Lee Capalbo on January 27, 2003; the Commission's recovery on these judgments is subject to ongoing bankruptcy proceedings. The Court entered a Final Judgment by consent against the Estate of Martin Fife on December 30, 2005; the Commission's recovery on this judgment is subject to the ongoing settlement of the estate. The Court entered Final Judgments by default against Michael Clarke on June 10, 2003, Johan Hertzog on June 20, 2003, and Robert Wachtel on September 15, 2004.

the Final Judgment and the Court's order dated June 7, 2005, $9,583.21 was transferred from Seaview's account at Chase Manhattan Bank to the Court Registry on 6/21/05, and $108,769.69 was transferred from Seaview's account at Bank of America on 8/9/05. These payments reflected partial payments of Seaview's disgorgement obligations.

3. The funds collected from Ullom and Seaview, totaling $128,352.90 (the "Distribution Fund") were deposited in an account at the Court Registry under the case name designation "*SEC v. Herula*."

4. As set forth in the proposed order, the Commission requests that the Court direct the Clerk of the Court to transfer the $128,352.90 currently in the Distribution Fund into a separate money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, where it will be held pending distribution. This financial institution and type of account was recommended to the Commission by the Clerk of Court as appropriate for this purpose.

5. Pursuant to Local Rule 67(c), the proposed Order directs the Clerk to deduct from the income earned on the funds deposited or invested a fee in the amount of ten percent (10%) of the income earned per month, whenever such income becomes available for such deduction, and without further order of the Court.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order transferring the Distribution Fund to an interest bearing account.

Respectfully submitted,

BY: [signature]

Luke T. Cadigan (Mass. Bar. No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: March 24, 2006