FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS S. HERULA, *et al.*,** **Defendants,** | ) | **Case No. CA 02-154 ML** |

**~~[PROPOSED]~~ ORDER TO TRANSFER FUNDS TO INTEREST-BEARING ACCOUNT**

The Court having reviewed the Securities and Exchange Commission's motion to transfer funds to an interest-bearing account and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall transfer the $128,352.90 currently held in the Court Registry in this matter to a separate money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, where it will be held pending distribution.

2. The Clerk of the Court shall further deduct from the income earned on the funds deposited or invested a fee in the amount of ten percent (10%) of the income earned per month, whenever such income becomes available for such deduction, and without further order of the Court.

Dated: 3/27/06

Mary M. Lisi
UNITED STATES DISTRICT JUDGE