UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v. C.A. No. 02-154ML

DENNIS S. HERULA, MARY LEE CAPALBO (AKA MARY LEE CAPALBO HERULA), MARTIN D. FIFE, FAROUK A. KHAN, SEAVIEW DEVELOPMENT AND HOLDINGS LTD., MICHAEL A. CLARKE, ROBERT M. WACHTEL, JOHAN C. HERTZOG, and, CHARLES W. SULLIVAN,

Defendants,

-and-

DAVID L. ULLOM,

Relief Defendant.

**ORDER**

The Court held a telephone conference on April 6, 2006. Defendant Charles W. Sullivan's ("Defendant") request for a continuance is granted. The matter will be placed on the July 2006 trial calendar. Defendant is ordered to brief the question of whether he has a right to a jury trial. Defendant's brief is due by April 27, 2006, and shall be no more than 15 pages. Plaintiff's response is due by May 18 and shall be no more than 15 pages.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
April 6 , 2006