UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION

v. CA 02-154 ML

DENNIS S. HERULA, et al.

## ORDER

On May 15, 2006, this Court issued an order appointing Damasco & Associates as Tax Administrator with respect to funds under this Court's jurisdiction in this case.

In order to fulfill the obligations of Tax Administrator, Damasco & Associates are hereby granted access to account history of the funds held by the Court.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 22, 2006