UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 02-154ML SEC v. Herula, et al

PRETRIAL SCHEDULING ORDER

The above listed case is scheduled for the **July, 2006** trial calendar.

Trial counsel are required to make the following filings in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be filed by **June 28, 2006**. Objections to motions in limine are to be filed by **July 5, 2006**.

2. Trial counsel must confer with each other and provide to the Court by **July 5, 2006** a list of trial exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a copy of the **entire** transcript must be provided to the court along with a typewritten list of the proponent's designated portions by **June 28, 2006**. Opposing counsel must file any cross designations and objections by **July 5, 2006**.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
June 9 , 2006