UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 02-154ML SEC v. Herula, et al.

AMENDED PRETRIAL SCHEDULING ORDER

The above listed cases are scheduled for the **July, 2006** trial calendar. Trial counsel are required to make the following filings in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be filed by **July 5, 2006.** Objections to motions in limine are to be filed by **July 12, 2006.**

2. Trial counsel must confer with each other and provide to the Court by **July 12, 2006**, a list of exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a copy of the **entire** transcript must be provided to the Court along with a typewritten list of the proponent's designations by **July 5, 2006.** Opposing counsel must file any cross designations and objections by **July 12, 2006.**

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
June 27, 2006