**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** Plaintiff, v. **DENNIS S. HERULA, *et al.*,** Defendants, | ) | **Case No. CA 02-154 ML** |

**MOTION TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain fees and expenses of the Tax Administrator.

By order dated December 6, 2004, the Court entered Final Judgment by Consent as to Relief Defendant David Ullom ("Ullom") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on December 4, 2004, Ullom paid a total of $10,000 of disgorgement to the Clerk of this Court.

In addition, by order dated April 12, 2005, the Court entered Final Judgment by Default as to Defendant Seaview Development and Holdings, Ltd. ("Seaview") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.[1] On June 7, 2005, the Court granted the Commission's motion to modify the asset freeze in this matter and to order institutions holding Seaview assets

[1] The Court also entered Final Judgments by default against Dennis Herula on October 17, 2002 and Mary Lee Capalbo on January 27, 2003; the Commission's recovery on these judgments is subject to ongoing bankruptcy proceedings. The Court entered a Final Judgment by consent against the Estate of Martin Fife on December 30, 2005; the Commission's recovery on this judgment is subject to the ongoing settlement of the estate. The Court entered Final Judgments by default against Michael Clarke on June 10, 2003, Johan Hertzog on June 20, 2003, and Robert Wachtel on September 15, 2004.

to send those funds to the registry. Pursuant to the Final Judgment and the Court's order dated June 7, 2005, $9,583.21 was transferred from Seaview's account at Chase Manhattan Bank to the Court Registry on 6/21/05, and $108,769.69 was transferred from Seaview's account at Bank of America on 8/9/05. These payments reflected partial payments of Seaview's disgorgement obligations. The funds collected from Ullom and Seaview (the "Distribution Fund") were deposited with the Court Registry in a non-interest-bearing account under the case name designation "*SEC v. Herula.*"

Upon the SEC's motion, the Court entered an Order dated March 27, 2006 ordering the Clerk of the Court to transfer the $128,352.90 in the Distribution Fund to a separate money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to be held pending distribution.

The Distribution Fund now constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated May 15, 2006 the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

Since its appointment, the Tax Administrator has incurred fees and expenses of $2,600 for tax services provided to the Disbursement Fund. See Declaration of Tax Administrator attached as Exhibit 1. More specifically, these fees and expenses were incurred in connection with the preparation and filing of the 2004 and 2005 qualified settlement funds tax returns and related tax compliance services.

The Declaration had been reviewed by the undersigned Commission counsel who has no objections.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Respectfully submitted,

BY: ______________________
Luke T. Cadigan (Mass. Bar No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: July 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I caused copies of the SEC's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator to be served on each of the defendants at the addresses indicated below and by the methods indicated for each:

Defendant Charles W. Sullivan (Pro Se)
675 Third Avenue
New York, NY 10017
(By First-Class Mail)

Defendant Farouk A. Khan (Pro Se)
224 Hockenberry Road
Hillsboro, NJ 08844
(By First-Class Mail)

Luke T. Cadigan

# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), which is located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Herula et al Distribution Fund in the Order to Appoint Tax Administrator, Case No. CA 02-154 ML signed on May 15, 2006.

3. Pursuant to our engagement agreement with the SEC, attached as Exhibit A is a true and correct copy of our invoice for preparation and filing of the 2004 and 2005 qualified settlement fund tax returns and related tax compliance services for the SEC v Herula et al Distribution Fund.

4. Please remit payment in the amount of $2,600 via wire transfer or check according to the instructions listed on Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2006 in San Francisco, California.

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Herula et al\JPD Dec Invoice.doc

**Damasco & Associates LLP**
PO Box 45719
San Francisco CA 94145-0719

**Phone: (650) 712-3870** **Fax: (650) 712-3873**
FEIN 20-3042202

*Invoice #:* 13915
*Date:* June 26, 2006

LUKE CADIGAN
SEC V HERULA ET AL DISTRIBUTION FUND
SECURITIES & EXCHANGE COMMISSION
33 ARCH STREET, 23RD FLOOR
BOSTON MA 02110

*Client ID:* 9540

CASE CA 02-154 ML

---

For Professional Services Rendered as Follows:

SEC V HERULA ET AL DISTRIBUTION FUND

| | |
|---|---|
| PREPARATION AND FILING OF 2004 US QUALIFIED SETTLEMENT FUND TAX RETURN. | 1,350.00 |
| PREPARATION AND FILING OF 2005 US QUALIFIED SETTLEMENT FUND TAX RETURN. | 1,250.00 |
| New Charges: | $2,600.00 |
| Plus Prior Balance: | 0.00 |
| **New Balance:** | **$2,600.00** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER 122000496
BENEFICIARY ACCOUNT NUMBER 4720031146
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
244 JACKSON STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94111