**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SEC**

**v.** **CR 02-154ML**

**Dennis Herula, et al.**

**RETURN RECEIPT FOR EXHIBITS**

**Plaintiff's Exhibits as to:**

| | |
|---|---|
| **4/23/02, 4/24/02** | **Preliminary Injunction Hearing as to defendants Fife, Khan, Herula, Capalbo** |
| **5/10/2002** | **Preliminary Injunction Hearing as to relief defendant Ullom** |
| **9/16/2002** | **Default Judgment hearing as to defendant Herula** |
| **9/16/2002** | **Show-Cause/Contempt Hearing as to defendant Herula** |
| **10/24/2002** | **Show-Cause Hearing as to defendants Herula & Capalbo** |
| **1/2/2003** | **Default Judgment Hearing as to defendant Capalbo** |

**David A. DiMarzio**
**Clerk of Court**
**By**
[signature]
**Deputy Clerk**

**Received by:** [signature: Stephanie DeSisto]
**Date: August 9, 2006**

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SEC **District of Rhode Island**

EXHIBIT AND WITNESS LIST

V.

DENNIS S. HERULA, et al CASE NUMBER: CA 02-154ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | KIMBERLY ZIMMER<br>BRADFORD ALI | see over → |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/23/02, 4/24/02 | JUDITH MONTIE | JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W1 Bradford Ali (SEC) |
| 1 | | 4/23/02 | ✓ | ✓ | Declaration of Malcolm Monlezun |
| 2 | | " | ✓ | ✓ | 8/23/99 "Key Agreement" / Private Placement |
| 3 | | " | ✓ | ✓ | "Agreement" dated 12/4/99 |
| 4 | | " | ✓ | ✓ | "Letter of Contracts" - Agreement 3/23/00 |
| 5 | | " | ✓ | ✓ | Letter dated 6/21/99 |
| 6 | | " | ✓ | ✓ | "Corporate resolution - Cash accounts" |
| 7 | | " | ✓ | ✓ | Private Placement Agreement / Key Agreement |
| 8 | | " | ✓ | | "update + Commitment" document |
| 9 | | " | ✓ | | 11/2/99 letter from Sullivan |
| 10 | | " | ✓ | ✓ | Various letters (4) |
| 16 | | " | ✓ | ✓ | Letter - 5/8/00 Fafe (2 page doc.) |
| 11 | | " | ✓ | ✓ | letter on Mary Lee Capalbo's stationery |
| 12 | | " | ✓ | ✓ | photocopies of 2 checks |
| 13 | | " | ✓ | ✓ | 2 letters: 4/4/00 + 8/22/00 |
| 14 | | " | ✓ | ✓ | series of letters - Mary Lee Capalbo (6) |
| 15 | | " | ✓ | ✓ | 11 pages - re Herula + Fafe |
| 17 | | " | ✓ | ✓ | 2 page document 7/17/00 Fafe + Herula |
| 18 | | " | ✓ | ✓ | Letter dated 6/19/01 to Herula |
| 19 | | " | ✓ | ✓ | 1 page document: wire instructions |
| 20 | | " | ✓ | ✓ | 2 page document - from Herula |
| 21 | | " | ✓ | ✓ | 7 page document - re Khan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

SEC v. Henula, et al. CASE NUMBER: CA 02-154ML

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 22 | | 4/23/02 | ✓ | ✓ | 4 docs: letters/memos - Fife + Henula |
| | 23 | | " | ✓ | ✓ | fax transmission dated 8/30/01 |
| | 24 | | " | ✓ | ✓ | fax transmission dated 8/30/01 |
| | 25 | | " | ✓ | ✓ | 1 page doc: Wire transfer order - Fife |
| | 26 | | " | ✓ | | 1 page doc: "Certificate of formation" |
| | 27 | | " | ✓ | | 4 page doc: "Private Placement Agreement" |
| | 28 | | " | ✓ | ✓ | Transcript re Khan |
| | 29 | | " | ✓ | ✓ | Transcript re M.L. Capalbo |
| | 30 | | " | ✓ | ✓ | Transcript re Henula |
| | 31 | | " | ✓ | ✓ | Transcript re Fife 1/14/02 |
| | 32 | | " | ✓ | ✓ | " " " 2/6/02 |
| | 33 | | " | ✓ | ✓ | " " " 2/7/02 |
| | 34 | | ✓ | ✓ | ✓ | Declaration of Robert Carl |
| | 35 | | 4/24/02 | ✓ | ✓ | "Bright" account statements |
| FIFE + KHAN | | A | " | ✓ | ✓ | Document - [redacted] 4/3/99 [redacted] Fife to Hertzog |
| FIFE | | B | " | ✓ | ✓ | FAX Hertzog to Fife 8/16/99 |
| FIFE + KHAN | | C | " | ✓ | ✓ | 57-page document (1st page: 7/12/00 fax, last page: 7/5/00 fax) |
| | | | | | | W-2 Corliss Primavera - SEC INVESTIGATOR |
| | 36 | | 4/24/02 | ✓ | ✓ | Documents - Mary Lee Capalbo account |
| | 37 | | " | ✓ | ✓ | Account statement for Malcolm Montague |
| | 38 | | " | ✓ | ✓ | Account statements JAN-APR 2001 M.L. Capalbo |
| | 39 | | " | ✓ | ✓ | response from Citizens Bank - [redacted] 1/8/02 |
| | 40 | | " | ✓ | ✓ | response from Citizens Bank - |
| | 41 | | " | ✓ | ✓ | Citizens Bank Account Statement - Henula [redacted] |
| | 42 | | " | ✓ | ✓ | M.L. Capalbo Special Clients Accounts |
| | 43 | | " | ✓ | ✓ | Citizens Bank Account M.L. Capalbo Henula + Dennis Henula |
| | 44 | | " | ✓ | ✓ | Citizens Account - M.L. Capalbo Henula |

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (4/82)

SEC vs. Herula, et al. DOCKET NO. CA 02-154 ML

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| [illegible] | A | 4/24/02 | ✓ | | Affidavit of H.L. Capalbo |
| | D | 4/24/02 | ✓ | | Fife affidavit w. Exhibits |
| | E | 4/24/02 | ✓ | | Khan affidavit w. Exhibits |
| | F | 4/24/02 | ✓ | ✓ | med. info re Fife; letter of 4/9/02 |

5/10/02

# United States District Court

DISTRICT OF RI

SEC

V.

Dennis Herula, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 02-154ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Martin J. Healey | Paul V. Curcio |
| **TRIAL DATE(S)** * | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 5/10/02 | Judith Montie | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/10/02 | ✓ | ✓ | Check # 1184 - ML Capalbo (copy) |
| 2 | | " | ✓ | ✓ | Fleet checking "print out" - M.L. Capalbo |
| 3 | | " | ✓ | ✓ | Citizens Bank Statement 11/99 - Foxhill Mgt |
| 4 | | " | ✓ | ✓ | Check # 1002 - ML Capalbo (copy) |
| 5 | | " | ✓ | ✓ | Citizens Bank Statement 4/00 ML Capalbo |
| 6 | | " | ✓ | ✓ | Citizens Bank Statement 8/00 Foxhill Mgt. |
| 7 | | " | ✓ | ✓ | Citizens Bank Statement 4/00 M.L. Capalbo/Herula |
| 8 | | " | ✓ | ✓ | Citizens Bank Statement 10/00 Foxhill Mgt. |
| 9 | | " | ✓ | ✓ | Foxhill Mgt. - Citizens checking Jan-Dec 99 |
| 10 | | " | ✓ | ✓ | Foxhill Mgt. Citizens checking Jan-Dec '00 |
| | | | | | W-1 Mark A. Gera - SEC Accountant |
| 11 | | " | ✓ | ✓ | Accounting re relief Δ Ullom |
| | A | " | ✓ | ✓ | 7/29/99 - Raymond James letterhead |
| 12 | | " | ✓ | ✓ | Investigative depo as to Ullom |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

* Preliminary Injunction Hearing as to relief Δ Ullom

AO 187 (Rev. 7/87) Exhibit and Witness List

* Hearing on π's M/ for Default Judgment as to D. Herula

# United States District Court

## District of Rhode Island

SEC v. Dennis Herula, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 02-154ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | MARTIN F. HEALEY | JEFFREY C. SCHRECK<br>GEORGE W. BUEHLER |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| * 9.16.02 | KAREN BETTENCOURT | JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 CORLISS PRIMAVERA - SEC INVESTIGATOR |
| 1 | | 9.16.02 | ✓ | ✓ | Spreadsheet of funds |
| 2 | | " | ✓ | ✓ | Faxes - 2 pages June 1999 |
| 3 | | " | ✓ | ✓ | Bradford Ali - Email 1/26/02 |
| 4 | | " | ✓ | ✓ | Declaration of Robert Curl |
| 5 | | " | ✓ | ✓ | Declaration of Malcolm Monlezun |
| 6 | | " | ✓ | ✓ | Letters (various) re funds - 8 pages |
| 7 | | " | ✓ | ✓ | Transactions Summaries (various) |
| 8 | | " | ✓ | ✓ | Investment Portfolio Reports (various) (BRITE) |
| 9 | | " | ✓ | ✓ | Investment Portfolio Reports (various) (MONLEZUN) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

*Contempt hrg. as to Dennis Herula

# United States District Court

## District of Rhode Island

SEC v. Dennis S. Herula

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 02-154ML

| | | |
|---|---|---|
| PRESIDING JUDGE: MARY M. LISI | PLAINTIFF'S ATTORNEY: MARTIN F. HEALEY / BRADFORD ALI | DEFENDANT'S ATTORNEY: GEORGE BUEHLER / JEFFREY SCHRECK |
| * TRIAL DATE(S): 9/16/02 | COURT REPORTER: KAREN BETTENCOURT | COURTROOM DEPUTY: JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 James Pell - broker |
| 1 | | 9.16.02 | ✓ | | Letter to Healey re subpoena 8.23.02 |
| 2 | | " | ✓ | ✓ | account docs re "Watch Hill" |
| 3 | | " | ✓ | ✓ | docs re Comet Enterprises, LLC |
| 4 | | " | ✓ | ✓ | account statement "Comet" 7/02 |
| 5 | | " | ✓ | ✓ | " " "Watch Hill" 6/02 |
| 6 | | " | ✓ | ✓ | " " "Watch Hill" 7/02 |
| 7 | | " | ✓ | ✓ | |
| 8 | | " | ✓ | ✓ | "CHL Associates" docs 7/3/02 |
| 9 | | " | ✓ | ✓ | CHL Assoc. account statement 5/02 |
| 10 | | " | ✓ | ✓ | CHL Associates docs - "special account" |
| 11 | | " | ✓ | ✓ | CHL accounts statements - "special account" |
| 12 | | " | ✓ | ✓ | Merrill Lynch - Client relationship agreement |
| 13 | | " | ✓ | ✓ | Merrill Lynch - acct. statements - Herula & Capalbo |
| 14 | | " | ✓ | ✓ | Merrill Lynch - acct statements - M. Capalbo |
| 15 | | " | ✓ | ✓ | letter - "Watch Hill" to Mr. Panagopoulos |
| 16 | | " | ✓ | ✓ | letter - "Watch Hill" to Mr. Pell |
| 17 | | " | ✓ | ✓ | Summary Chart |
| | | | | | W-2 Dennis Herula - deft. |
| 19 | | " | ✓ | ✓ | return of service as to Herula |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

★ Hearing on Show Cause / Contempt as to M.L. Capalbo

# United States District Court

DISTRICT OF

SEC v. DENNIS HERULA, et al.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 02-154 ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | MARTIN F. HEALEY | JEFFREY C. SCHRECK<br>GEORGE W. BUEHLER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| ★ 10/24/02 | JOSEPH FONTES | JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/25/02 | ✓ | ✓ | Accounting of Herula + Capalbo w. Cover letter |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Show Cause / Hrg Go to M.L. Capalbo

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

SEC v. DENNIS S. HERULA, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 02-154ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | BRADFORD ALI | KEVIN BRISTOW |
| * TRIAL DATE(S) 1/2/03 | COURT REPORTER KAREN BETTENCOURT | COURTROOM DEPUTY JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | CORLISS PRIMAVERA W1 |
| 1 | | 1/2/03 | | ✓ | Copy of 9/16/02 transcript (Herula affidavit) |
| 1A | | " | | ✓ | Herula/Capalbo spreadsheet |
| 1B | | " | | ✓ | 6/99 letter from SG Cowen |
| 1C | | " | | ✓ | 1/26/02 letter to Ali, w/ attachments |
| 1D | | " | | ✓ | Declaration of Robert Curl |
| 1E | | " | | ✓ | Declaration of Malcolm Monlezun |
| 1F | | " | | ✓ | 11/29/99 fax → letter from Capalbo 11/5/99 |
| 1G | | " | | ✓ | |
| 1H | | " | | ✓ | Investment Portfolio Reports - Brite |
| 1I | | " | | ✓ | Investment Portfolio Reports - Monlezun |
| 2 | | " | ✓ | ✓ | Spreadsheet - Capalbo (2 pages) |
| 3 | | " | ✓ | ✓ | "new account form" - "Raymond James" |
| 4 | | " | ✓ | ✓ | 3/28/00 letter from Capalbo |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

* π's M/ Default Judgment as to M.L. Capalbo