**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DENNIS S. HERULA, *et al.*,**<br><br>**Defendants,** | **Case No. CA 02-154 ML** |

**THE SEC'S MOTION FOR ORDER REGARDING FUNDS HELD IN ESCROW**

The Securities and Exchange Commission (the "Commission") hereby requests that the Court issue the accompanying order requiring the Defendant Charles Sullivan (the "Defendant") to transfer into the Court Registry funds presently held in escrow. In support of this motion, the Commission states:

1. On August 8, 2006, after a jury was selected for the trial of this matter, the Defendant offered to settle by consenting to the entry of a proposed Final Judgment against him. In connection with this proposed settlement, the Defendant agreed to place $50,000 in escrow pending consideration of the settlement by the Commission and entry of the Final Judgment against him. The Defendant later represented that he had placed the funds in the "Charles Sullivan Escrow Account" at the Bank of America, 675 Third Avenue, New York, New York, 10017.

2. Having considered the offer of settlement, the Commission today filed the Defendant's Consent to the Final Judgment, as well as the proposed Final Judgment for entry by the Court.

3. Consistent with the terms of the settlement, the Commission is hereby asking that upon entry of the Final Judgment, the Court order the Defendant to transfer to the Court Registry, within ten days of receipt of the order, the $50,000 held in escrow as a partial payment of his obligations under the terms of the Final Judgment.

4. In addition, the Commission notes that on March 27, 2006, the Court ordered that the funds held in this matter be transferred to a money market account pending distribution. As a result, the Commission is also asking that the Court order that once the Defendant has paid the $50,000 to the Court Registry, the Clerk of the Court deposit those funds into the same money market account.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order regarding the funds held in escrow by Defendant Charles Sullivan.

Respectfully submitted,

BY: [signature]

Luke T. Cadigan (Mass. Bar. No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: November 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I caused copies of the document to be served on the defendant at the address indicated below and by the method indicated:

Defendant Charles W. Sullivan (Pro Se)
675 Third Avenue
New York, NY 10017
(By Fax and Regular Mail)

Luke T. Cadigan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS HERULA,** ***et al.*****,** **Defendants.** | **Case No. CA 02-154 ML** |

**ORDER REGARDING FUNDS HELD BY CHARLES SULLIVAN IN ESCROW**

WHEREAS, Defendant Charles Sullivan (the "Defendant") has represented that he has placed $50,000 in an escrow account in his name at Bank of America pending entry of the proposed Final Judgment to which he has consented; and

WHEREAS, the proposed Final Judgment has since been entered against him;

IT IS HEREBY ORDERED that, within ten days of receipt of this Order, the Defendant shall cause the $50,000 held in escrow to be transferred to the Clerk of this Court, along with a cover letter identifying him as a defendant in this action, setting forth the title and civil action number of this action and the name of this Court, and specifying that the payment is being made in connection with the disgorgement obligations set forth in the Final Judgment against him; and

IT IS FURTHER ORDERED that upon receipt of this payment, the Clerk of the Court shall transfer the $50,000 into the separate money market account, which was set up by the Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: ______________, 2006

______________________________
UNITED STATES DISTRICT JUDGE