Case 1:02-cv-00154-ML-DLM Document 285 Filed 11/02/2006 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SECURITIES AND EXCHANGE COMMISSION,**
**Plaintiff,**

**v.**

**DENNIS HERULA, *et al.*,**
**Defendants.**

**Case No. CA 02-154 ML**

**ORDER REGARDING FUNDS HELD BY CHARLES SULLIVAN IN ESCROW**

WHEREAS, Defendant Charles Sullivan (the "Defendant") has represented that he has placed $50,000 in an escrow account in his name at Bank of America pending entry of the proposed Final Judgment to which he has consented; and

WHEREAS, the proposed Final Judgment has since been entered against him;

IT IS HEREBY ORDERED that, within ten days of receipt of this Order, the Defendant shall cause the $50,000 held in escrow to be transferred to the Clerk of this Court, along with a cover letter identifying him as a defendant in this action, setting forth the title and civil action number of this action and the name of this Court, and specifying that the payment is being made in connection with the disgorgement obligations set forth in the Final Judgment against him; and

IT IS FURTHER ORDERED that upon receipt of this payment, the Clerk of the Court shall deposit the $50,000 into the existing money market account, which was set up by the Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: November 6, 2006

Mary M. Lisi
UNITED STATES DISTRICT JUDGE