**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Case No. CA 02-154 ML** |
| **DENNIS S. HERULA, *et al.*,** | |
| **Defendants,** | |

**THE SEC'S MOTION FOR ORDER REGARDING DEPOSIT OF CERTAIN FUNDS PAID BY DEFENDANT CHARLES SULLIVAN**

The Securities and Exchange Commission (the "Commission") hereby requests that the Court issue the accompanying order requiring the Clerk of Court to deposit the $50,072.50 payment made by Defendant Charles Sullivan (the "Defendant") into the existing money market account set up by the Clerk of the Court to hold, pending distribution, all funds collected in connection with this matter. In support of this motion, the Commission states:

1. On November 6, 2006, the Court entered an order requiring Defendant Charles Sullivan, among other things, to cause the $50,000 that he had placed in escrow to be transferred to the Clerk of this Court.

2. On November 8, 2006, pursuant to the Court's order, the Defendant sent a check to the Clerk of the Court in the amount of $50,072.50, ostensibly representing the principal amount of $50,000 plus interest.

3. At the suggestion of the Clerk of the Court, the Commission is requesting the Court enter the attached order which accounts for the Defendant's payment of the interest, as well as the principal, and instructs the Clerk to deposit the entire $50,072.50 into the existing

money market account, which was set up by the Clerk of the Court to hold, pending distribution, all funds collected in connection with this matter.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order regarding the deposit into the existing money market account the $50,072.50 paid by Defendant Charles Sullivan.

Respectfully submitted,

BY: ______________________

Luke T. Cadigan (Mass. Bar No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: November 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2006, I caused copies of the document to be served on the defendant at the address indicated below and by the method indicated:

Defendant Charles W. Sullivan (Pro Se)
675 Third Avenue
New York, NY 10017
(By Fax and Regular Mail)

Luke T. Cadigan

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CA 02-154 ML** |
| **DENNIS HERULA, *et al.*,** **Defendants.** | ) | |

**ORDER REGARDING DEPOSIT OF CERTAIN FUNDS PAID BY DEFENDANT CHARLES SULLIVAN**

WHEREAS, pursuant to this Court's Order dated November 6, 2006, Defendant Charles Sullivan has sent a check in the amount of $50,072.50 to the Clerk of the Court;

IT IS HEREBY ORDERED that the Clerk of the Court shall deposit the $50,072.50 into the existing money market account, which was set up by the Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: ______________, 2006

______________________________
UNITED STATES DISTRICT JUDGE