Case 1:02-cv-00154-ML-DLM Document 288-2 Filed 11/09/2006 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br> **Plaintiff,** <br><br> **v.** <br><br> **DENNIS HERULA, *et al.*,** <br> **Defendants.** | ) | **Case No. CA 02-154 ML** |

**ORDER REGARDING DEPOSIT OF CERTAIN FUNDS PAID BY DEFENDANT CHARLES SULLIVAN**

WHEREAS, pursuant to this Court's Order dated November 6, 2006, Defendant Charles Sullivan has sent a check in the amount of $50,072.50 to the Clerk of the Court;

IT IS HEREBY ORDERED that the Clerk of the Court shall deposit the $50,072.50 into the existing money market account, which was set up by the Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: 11/17, 2006

Mary M. Lisi
UNITED STATES DISTRICT JUDGE