**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br> **Plaintiff,** <br> **v.** <br> **DENNIS S. HERULA, *et al.*,** <br> **Defendants,** | **Case No. CA 02-154 ML** |

**MOTION TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain fees and expenses of the Tax Administrator.

By order dated December 6, 2004, the Court entered Final Judgment by Consent as to Relief Defendant David Ullom ("Ullom") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on December 4, 2004, Ullom paid a total of $10,000 of disgorgement to the Clerk of this Court.

In addition, by order dated April 12, 2005, the Court entered Final Judgment by Default as to Defendant Seaview Development and Holdings, Ltd. ("Seaview") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.[1] On June 7, 2005, the Court granted the Commission's motion to modify the asset freeze in this matter and to order institutions holding Seaview assets

[1] The Court also entered Final Judgments by default against Dennis Herula on October 17, 2002 and Mary Lee Capalbo on January 27, 2003; the Commission's recovery on these judgments is subject to ongoing bankruptcy proceedings. The Court entered a Final Judgment by consent against the Estate of Martin Fife on December 30, 2005; the Commission's recovery on this judgment is subject to the ongoing settlement of the estate. The Court entered Final Judgments by default against Michael Clarke on June 10, 2003, Johan Hertzog on June 20, 2003, and Robert Wachtel on September 15, 2004.

to send those funds to the registry. Pursuant to the Final Judgment and the Court's order dated June 7, 2005, $9,583.21 was transferred from Seaview's account at Chase Manhattan Bank to the Court Registry on 6/21/05, and $108,769.69 was transferred from Seaview's account at Bank of America on 8/9/05. These payments reflected partial payments of Seaview's disgorgement obligations. The funds collected from Ullom and Seaview (the "Distribution Fund") were deposited with the Court Registry in a non-interest-bearing account under the case name designation "*SEC v. Herula*."

Upon the SEC's motion, the Court entered an Order dated March 27, 2006 ordering the Clerk of the Court to transfer the $128,352.90 in the Distribution Fund to a separate money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to be held pending distribution.

By order dated November 6, 2006, the Court entered Final Judgment by Consent as to Defendant Charles Sullivan ("Sullivan") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on or about November 8, 2004, Sullivan paid $50,072.50 to the Clerk of this Court. These funds were deposited in the Distribution Fund on November 17, 2006 pursuant to the Court's Order of the same date.

The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated May 15, 2006 the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

In connection with the preparation and filing of the 2006 qualified settlement funds tax returns and related tax compliance services for the Distribution Fund, the Tax Administrator has incurred fees and expenses of $1,550. *See* Declaration of Tax Administrator attached as Exhibit 1.

The Declaration had been reviewed by the undersigned Commission counsel who has no objections.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Respectfully submitted,

BY: ______________________

Luke T. Cadigan (Mass. Bar. No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: February 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that as of February 6, 2007, this action has been resolved as to all other parties and thus no service has been made on them. The foregoing document relates to the payment of fees incurred by the tax administrator appointed in this matter.

Luke T. Cadigan
Senior Trial Counsel
Securities and Exchange Commission
(617) 573-8919

# Exhibit 1

# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Herula et al Distribution Fund in the Order to Appoint Tax Administrator, Case No. CA 02-154 ML filed on April 28, 2006.

3. Pursuant to our engagement agreement with the SEC, attached as Exhibit A is a true and correct copy of our invoice for preparation and filing of the tax year 2006 qualified settlement fund tax returns and related tax compliance services for the SEC v Herula et al Distribution Fund.

4. Please remit payment in the amount of $1,550 via wire transfer or check according to the instructions listed on Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2007 in San Francisco, California.

Jude P. Damasco

Jude P. Damasco

# Exhibit A

**Damasco & Associates LLP**
PO Box 45719
San Francisco CA 94145-0719

**Phone: (650) 712-3870** **Fax: (650) 712-3873**
FEIN 20-3042202

*Invoice #:* 14713
*Date:* February 01, 2007

LUKE CADIGAN
SEC V HERULA ET AL DISTRIBUTION FUND

SECURITIES & EXCHANGE COMMISSION
33 ARCH STREET, 23RD FLOOR
BOSTON MA 02110

*Client ID:* 9540

CA 02-154 ML
B-10792-B

---

SEC V HERULA ET AL DISTRIBUTION FUND

| | |
|---|---|
| PREPARATION AND FILING OF 2006 US QUALIFIED SETTLEMENT FUND TAX RETURN. | 1,550.00 |
| New Charges: | $1,550.00 |
| Plus Prior Balance: | 0.00 |
| **New Balance:** | **$1,550.00** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:
DAMASCO & ASSOCIATES LLP
244 JACKSON STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94111

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS S. HERULA, *et al.*,** **Defendants,** | **Case No. CA 02-154 ML** |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's (the "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, held under the case name designation "*SEC v. Herula*" for the amount of $1,550 payable to Damasco & Associates, for the payment of fees and expenses of the Tax Administrator, as provided in the Declaration. The check shall contain the notations: "SEC v. Herula, CA 02-154 ML, id# 20-4883581" and "Tax Administrator fees through January 2007".

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates
505 Sansome Street, Suite 1701
San Francisco, CA 94111
Phone: 415-217-4900

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____________

_________________________________
UNITED STATES DISTRICT JUDGE