**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS S. HERULA, *et al.*,** **Defendants,** | ) | **Case No. CA 02-154 ML** |

**~~[PROPOSED]~~ ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, held under the case name designation "*SEC v. Herula*" for the amount of $78 payable to Damasco & Associates, for the payment of tax obligations as provided in the Declaration. The check shall contain the notations: "SEC v. Herula, CA 02-154 ML, id# 20-4883581" and "2006 Tax Return."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates
505 Sansome Street
Suite 1701
San Francisco, CA 94111
Phone: 415-217-4900

3. The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 2/9/07

Mary M. Lisi
UNITED STATES DISTRICT JUDGE