**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DENNIS S. HERULA, *et al.*,**<br><br>**Defendants,** | **Case No. CA 02-154 ML** |

**MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS FOR FIRST QUARTER 2007**

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund for the first quarter of 2007.

By order dated December 6, 2004, the Court entered Final Judgment by Consent as to Relief Defendant David Ullom ("Ullom") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on December 4, 2004, Ullom paid a total of $10,000 of disgorgement to the Clerk of this Court.

In addition, by order dated April 12, 2005, the Court entered Final Judgment by Default as to Defendant Seaview Development and Holdings, Ltd. ("Seaview") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.[1] On June 7, 2005, the Court granted the Commission's motion to modify the asset freeze in this matter and to order institutions holding Seaview assets

[1] The Court also entered Final Judgments by default against Dennis Herula on October 17, 2002 and Mary Lee Capalbo on January 27, 2003; the Commission's recovery on these judgments is subject to ongoing bankruptcy proceedings. The Court entered a Final Judgment by consent against the Estate of Martin Fife on December 30, 2005; the Commission's recovery on this judgment is subject to the ongoing settlement of the estate. The Court entered Final Judgments by default against Michael Clarke on June 10, 2003, Johan Hertzog on June 20, 2003, and Robert Wachtel on September 15, 2004.

to send those funds to the registry. Pursuant to the Final Judgment and the Court's order dated June 7, 2005, $9,583.21 was transferred from Seaview's account at Chase Manhattan Bank to the Court Registry on 6/21/05, and $108,769.69 was transferred from Seaview's account at Bank of America on 8/9/05. These payments reflected partial payments of Seaview's disgorgement obligations. The funds collected from Ullom and Seaview (the "Distribution Fund") were deposited with the Court Registry in a non-interest-bearing account under the case name designation "*SEC v. Herula*."

Upon the SEC's motion, the Court entered an Order dated March 27, 2006 ordering the Clerk of the Court to transfer the $128,352.90 in the Distribution Fund to a separate money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to be held pending distribution.

By order dated November 6, 2006, the Court entered a Final Judgment by Consent as to Defendant Charles Sullivan ("Sullivan") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on or about November 8, 2004, Sullivan paid $50,072.50 to the Clerk of this Court. These funds, which reflected a partial payment of Sullivan's disgorgement obligations, were deposited in the Distribution Fund on November 17, 2006 pursuant to the Court's Order of the same date.

The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated May 15, 2006 the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF.

For the first quarter of 2007, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $100 to cover its estimated tax liability, due April 13, 2007. *See* Declaration of Tax Administrator attached as Exhibit A.

**WHEREFORE,** for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Respectfully submitted,

BY: [signature]

Luke T. Cadigan (Mass. Bar No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: March 27, 2007

# Exhibit A

**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF REQUEST TO MAKE TAX PAYMENT**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Herula et al Distribution Fund in the Order to Appoint Tax Administrator, Case No. CA 02-154 ML filed on April 28, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Herula et al Distribution Fund owes $100 in estimated tax liability for the first quarter of 2007. This tax payment is due April 13, 2007.

4. A check in the amount of $100 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. For timely payment, the check should be received in our office on or before April 6, 2007.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-4883581 because it is for tax payment on behalf of the SEC v Herula et al Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2007 in San Francisco, California.

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Herula et al\2007\JPD Dec Q1 2007.doc

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS S. HERULA, *et al.*,** **Defendants,** | ) ) ) ) ) ) ) ) ) ) ) | **Case No. CA 02-154 ML** |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's (the "Commission") Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall, on or before April 5, 2007, issue a check on the money market account at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, held under the case name designation "*SEC v. Herula*" for the amount of $100 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration, as provided in the Declaration. The check shall contain the notations: "SEC v. Herula, CA 02-154 ML, id# 20-4883581" and "First Quarter 2007 Taxes."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates
244 Jackson Street, Fourth Floor
San Francisco, CA 94111
Phone: 415-217-4900

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: ____________

______________________________
UNITED STATES DISTRICT JUDGE