UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DENNIS S. HERULA, MARY LEE CAPALBO (AKA MARY LEE CAPALBO HERULA), ESTATE OF MARTIN D. FIFE, FAROUK A. KHAN, SEAVIEW DEVELOPMENT AND HOLDINGS, LTD., MICHAEL A. CLARKE, ROBERT M. WACHTEL, JOHAN C. HERTZOG and CHARLES W. SULLIVAN,

Defendants,

and

DAVID L. ULLOM,

Relief Defendant.

C.A. No. 02-154 ML

**ORDER**

Based on the Application of the Estate of Defendant Martin D. Fife ("Fife") for relief from the Asset Freeze Order issued by this Court solely to the extent of permitting the Estate to pay estimated tax payment obligations owed to the United States Treasury, the State of New York and the State of California, it is hereby:

ORDERED that the Asset Freeze Order is modified solely to the extent that the Estate of Martin D. Fife is authorized to issue checks paying the following tax obligations:

| | | |
|---|---|---|
| a. | U.S. Treasury | $27,000.00 |
| b. | New York State | $6,472.00 |
| c. | California | $1,884.00 |

So Ordered:

Mary M. Lisi
U.S.D.J. 1/23/08