UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br> **Plaintiff,** <br> **v.** <br> **DENNIS S. HERULA, *et al.*,** <br> **Defendants.** | **Case No. CA 02-154 ML** |

**THE SEC'S MOTION FOR ORDER REGARDING DEPOSIT OF FUNDS FROM HERULA BANKRUPTCY ESTATE INTO EXISTING INTEREST-BEARING ACCOUNT**

The Securities and Exchange Commission (the "Commission") hereby requests that the Court issue the accompanying order requiring the Clerk of Court to deposit the $1,109,648.87 payment made by the trustee for Defendant Dennis Herula's ("Herula") bankruptcy estate into the existing interest-bearing account set up by the Clerk of the Court to hold, pending distribution, all funds collected in connection with this matter. In support of this motion, the Commission states:

1. The Court entered a Final Judgment by default against Herula on October 17, 2002, ordering him to pay $18,941,665.63 in disgorgement and prejudgment interest, as well as a $250,000 penalty, to the Court Registry.

2. Herula filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court in Rhode Island (02-BK-14346) on November 19, 2002, listing the SEC as a creditor as a result of the Final Judgment.

3. On July 16, 2008, the U.S. Trustee approved a distribution from Herula's bankruptcy estate to the SEC in the amount of $1,109,648.87 as a result of the SEC's claim arising from the Final Judgment.

4. In the wake of the action by the U.S. Trustee, a check in the amount of $1,109,648.87 was made out to the Clerk of this Court for deposit in the Court's Registry. The SEC is delivering the check to the Clerk.

5. At the suggestion of the Clerk of the Court, the Commission is requesting the Court enter the attached order which instructs the Clerk to deposit the $1,109,648.87 into the existing interest-bearing account, which was set up by the Clerk of the Court to hold, pending distribution, all funds collected in connection with this matter.

6. The SEC is now awaiting the settlement of Defendant Martin Fife's ("Fife") estate and the distribution of funds relating to the SEC's claim against the estate arising out of the Final Judgment entered against Fife's estate in this matter. Upon the settlement of Fife's estate, the SEC expects to be in a position to submit a proposal for the distribution to wronged investors of funds collected in this matter.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order regarding the deposit into the existing interest-bearing account the $1,109,648.87 paid by the trustee of Herula's bankruptcy estate as a result of the SEC's claim arising from the Final Judgment.

Respectfully submitted,

BY: /s/ [signature]
Luke T. Cadigan (Mass. Bar No. 561117)
Senior Trial Counsel
Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel. No. (617) 573-8919 (Cadigan)
Fax No. (617) 573-4590

Dated: July 18, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** v. **DENNIS HERULA,** ***et al.*****,** **Defendants.** | **Case No. CA 02-154 ML** |

**ORDER REGARDING DEPOSIT OF FUNDS FROM HERULA BANKRUPTCY ESTATE INTO EXISTING INTEREST-BEARING ACCOUNT**

WHEREAS, the Court entered a Final Judgment by default against Dennis Herula on October 17, 2002, ordering him to pay $18,941,665.63 in disgorgement and prejudgment interest, as well as a $250,000 penalty, to the Court Registry;

WHEREAS, Herula filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court in Rhode Island (02-BK-14346) on November 19, 2002, listing the Securities and Exchange Commission ("SEC") as a creditor as a result of the Final Judgment;

WHEREAS, on July 16, 2008, the U.S. Trustee approved a distribution from Herula's bankruptcy estate to the SEC in the amount of $1,109,648.87 as a result of the SEC's claim arising from the Final Judgment; and

WHEREAS, a check in the amount of $1,109,648.87 was made out by the trustee for Herula's bankruptcy estate to the Clerk of this Court for deposit in the Court's Registry and the SEC is delivering the check to the Clerk,

IT IS HEREBY ORDERED that upon receipt of this check, the Clerk of the Court shall deposit the $1,109,648.87 into the existing interest-bearing account, which was set up by the

Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: ______________, 2008

____________________________________
UNITED STATES DISTRICT JUDGE