Case 1:02-cv-00154-ML-DLM Document 302-2 Filed 07/18/2008 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SECURITIES AND EXCHANGE COMMISSION,**
**Plaintiff,**

**v.**

**DENNIS HERULA, *et al.*,**
**Defendants.**

**Case No. CA 02-154 ML**

**ORDER REGARDING DEPOSIT OF FUNDS FROM HERULA BANKRUPTCY ESTATE INTO EXISTING INTEREST-BEARING ACCOUNT**

WHEREAS, the Court entered a Final Judgment by default against Dennis Herula on October 17, 2002, ordering him to pay $18,941,665.63 in disgorgement and prejudgment interest, as well as a $250,000 penalty, to the Court Registry;

WHEREAS, Herula filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court in Rhode Island (02-BK-14346) on November 19, 2002, listing the Securities and Exchange Commission ("SEC") as a creditor as a result of the Final Judgment;

WHEREAS, on July 16, 2008, the U.S. Trustee approved a distribution from Herula's bankruptcy estate to the SEC in the amount of $1,109,648.87 as a result of the SEC's claim arising from the Final Judgment; and

WHEREAS, a check in the amount of $1,109,648.87 was made out by the trustee for Herula's bankruptcy estate to the Clerk of this Court for deposit in the Court's Registry and the SEC is delivering the check to the Clerk,

IT IS HEREBY ORDERED that upon receipt of this check, the Clerk of the Court shall deposit the $1,109,648.87 into the existing interest-bearing account, which was set up by the

Case 1:02-cv-00154-ML-DLM Document 302-2 Filed 07/18/2008 Page 2 of 2

Clerk of the Court at the Bank of America, 111 Westminster St., Providence, Rhode Island, 02903, to hold, pending distribution, all funds collected in connection with this matter.

Dated: July 21, 2008

Mary M. Lisi
UNITED STATES DISTRICT JUDGE